**Federal Defenders OF NEW YORK, INC.**

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 8, 2024

Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

     Re:    *United States v. Darin Peterson*
              23 Mag 1982 (UA)

Dear Judge Reznik:

     I represent Darin Peterson in the above referenced case. I am writing to inform the Court that I believe that my office has a conflict and, as such, I ask that Your Honor please relieve the Federal Defenders and appoint CJA counsel to represent Mr. Peterson. I have spoken to Mr. Peterson about this, and he understands that I am making this application. In my conversations with Mr. Peterson, he has indicated that he would prefer not to appear in person for a change of counsel proceeding. As such, and with Mr. Peterson's consent, I ask that the Court appoint CJA without a formal hearing. If the Court would prefer to have a hearing, Mr. Peterson has asked me to ask Your Honor to waive his appearance.

                                    Respectfully submitted,

                                    /s/

                                  Benjamin Gold
                                Assistant Federal Defender

cc:     Benjamin Arad

The requested change of counsel is GRANTED. A change of counsel proceeding was scheduled for May 3, 2024 before Judge McCarthy and adjourned at defense counsel's request. Mr. John Wallenstein, CJA was to be appointed at that hearing due to a conflict with the CJA counsel on duty. Mr. Wallenstein is hereby appointed as counsel and Ben Gold of Federal Defenders is relieved.

SO ORDERED.
*[signature]*
Hon. Victoria Reznik, U.S.M.J.
Dated: May 8, 2024